```
             IN THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE WAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

1.  The pretrial services officer shall investigate the defendant's proposal for release conditions and make a report to the court and counsel as soon as practicable.

2.  The clerk is directed to file defendant's motion for reconsideration, filing no. 34, as a restricted document.

DATED this 3rd day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge