IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE WAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

In light of the report of the investigation conducted by the pretrial services officer,

IT IS ORDERED:

That portion of the defendant's recent motion that seeks release on conditions, filing 34, is denied.

DATED this 12th day of December, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge