IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE WAGY, | ) | |
| | ) | |
| Defendant. | ) | MEMORANDUM AND ORDER |
| | ) | |

   A hearing was held before me May 22, 2009 on allegations made in the petition for action on conditions of pretrial release. The defendant was present with counsel, and was advised of her rights. The defendant admitted the allegations in the petition. I therefore find that the allegations of the petition are true.

   Regarding disposition, the government sought detention. The defendant urged a continuation of the present conditions of release with the additional conditions treatment in a different facility. Upon consideration of the matter, I conclude that detention is appropriate at least until defendant has had a psychological evaluation. Until such a plan can be arranged, she should be detained. Accordingly,

   IT THEREFORE HEREBY IS ORDERED:

   1. The previous order releasing the defendant on conditions, filing 66, is revoked. Defendant shall be detained until further order.

   DATED May 22, 2009

                                        BY THE COURT:

                                        s/ *David L. Piester*
                                        United States Magistrate Judge