```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE WAGY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for a psychological evaluation, filing no. 83, is granted. Pretrial Services shall arrange and pay for the evaluation.

Defendant shall sign releases so the report of evaluation can be provided to the court.

DATED this 27th day of May, 2009.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge