IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:08CR3065 |
| | ) | |
| v. | ) | |
| | ) | |
| NICOLE WAGY, | ) | **MEMORANDUM AND ORDER** |
| | ) | |
| Defendant. | ) | |

  I have reviewed the motion seeking release and the attachments and the government's objection. I have also reviewed the prior history of this case. In particular, I note that the defendant has entered a plea of guilty to a felony offense and I have accepted it. Given the defendant's plea, her past criminal history and her history of non-appearance and non-compliance in this case, Ms. Wagy has not clearly and convincingly shown that the prerequisites for release of a guilty person exist. *See* 18 U.S.C. § 3143(a).

  IT IS ORDERED that the motion for release (filing 87) is denied.

  DATED this 22nd day of June, 2009.

            BY THE COURT:

            *s/Richard G. Kopf*
            United States District Judge